ACCEPTED
04-14-00752-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 3:29:03 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-14-00752-CV

| | | |
|---|---|---|
| **HUMANA INSURANCE COMPANY** | § | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | SAN ANTONIO, TEXAS |
| | § | **FOURTH COURT OF APPEALS** |
| | § | **DISTRICT** |
| **VS.** | § | |
| | § | |
| **DOLORES MUELLER** | § | |
| **APPELLEE** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/30/2015 3:29:03 PM
KEITH E. HOTTLE
Clerk

_____

### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE BRIEF OF APPELLEE

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellee, Dolores Mueller, and respectfully requests that this Court extend the deadline to file the Response to Brief of Appellant by two weeks.

### A. Factual and Procedural History

1. This case is on appeal from County Court at Law No. 3, Bexar County, Texas. It is an appeal from a DENIAL of a Plea to the Jurisdiction.

2. The style and number of the case in the trial court was *Cause No. C-37665; Dolores Mueller vs. Humana Insurance Company*; In the County Court at Law #3; Bexar County, Texas. The present deadline for Appellee to file her response to Appellant's Brief is presently January 30, 2015.

### B. Argument and Authorities

3. This Court has the authority to grant a motion to extend the deadline to file a party's brief under Texas Rule of Appellate Procedure 10.5(b).

4. Appellant's Brief in the above appeal was filed on December 19, 2014. This court has granted one prior extension of the deadline to file Appellee's brief. Appellee requires additional

_____

time to review the appellate record, perform the legal research, and draft briefs that will be helpful to this Court. Counsel for Appellee has found that his ambition to complete the brief was overmatched by other professional obligations. Appellee therefore seeks an extension of time until February 13, 2015 to file her response.

6.      Counsel for Appellee has consulted with counsel for Appellant about this matter, and is authorized to say that Appellant does not oppose this Motion.

### C. Conclusion and Prayer

7.      For the foregoing reasons, Appellee Dolores Mueller respectfully requests that this Court grant this UNOPPOSED Motion for Extension of Time to File her Response to Brief of Appellant, and extend the deadline filing those briefs until February13, 2015.

Respectfully submitted,

_____
Stephen G. Nagle
State Bar No. 14779400
Stephen G. Nagle & Associates
1002 West Avenue, Suite 100
Austin, Texas 78701
(512)480-0505 phone
(512)480-0571 fax
sgnagle@lawyernagle.com
**COUNSEL FOR APPELLEE**

### CERTIFICATE OF CONFERENCE

By my signature above, I certify that on January 30, 2015, I e-mailed a copy of this motion to Lisa Alcantar, Counsel for Appellant Humana Insurance Company. On January 30, 2015, Ms. Alcantar  responded, on behalf of her client, that Humana does not oppose this motion.

## CERTIFICATE OF SERVICE

By my signature above, I certify that on January 30, 2015, a true and correct copy of the foregoing Motion was electronically served on the following counsel of record:

Lisa Alcantar
lalcantar@prdg.com
Rick Foster
rfoster@prdg.com
Porter, Rogers, Dahlman & Gordon, P.C.
745 East Mulberry Avenue, Suite 450
San Antonio, Texas 78212
Attorneys for Defendants